JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EHM PRODUCTIONS INC., dba TMZ,<br><br>Petitioner,<br><br>v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC.,<br><br>Respondent. | Case No. 2:18-CV-00369 AB (JCx)<br><br>**AMENDED [PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>Hon. André Birotte Jr. |

This Court, having granted the Amended Petition to Confirm Arbitration Award filed by Petitioner EHM Productions Inc., dba TMZ ("Petitioner") against Respondent Starline Tours of Hollywood, Inc. ("Respondent"), hereby enters judgment as follows:

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that:

1. Petitioner is granted judgment against Respondent in the amount of USD $296,070.31, and $54,671.61 interest at the statutory rate (per California Code of Civil Procedure § 685.010 of 10 percent per annum) accruing from the date of the issuance of the Final Award on November 6, 2017 through September 11, 2019, plus $81.12 per day for each day after September 11, 2019 until this Judgment is entered.

2. Petitioner is further granted post-judgment interest from the date of judgment until the date of satisfaction of the Judgment in its entirety.

3. This Court retains jurisdiction for further proceedings as necessary to seek enforcement of this Judgment and for either party to pursue relief as may be required, including but not limited to any fees owing related to the enforcement of the Arbitration Award.

**IT IS SO ORDERED.**

DATED: October 18, 2019

_____
Honorable André Birotte Jr.
United States District Court Judge