JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHM PRODUCTIONS, INC., dba TMZ,<br><br>Petitioner,<br><br>v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC.,<br><br>Respondent. | Case No. 2:18-cv-00369-AB-JC<br><br>**JUDGMENT IN FAVOR OF RESPONDENT STARLINE TOURS OF HOLLYWOOD, INC. AGAINST EHM PRODUCTIONS, INC., DBA TMZ**<br><br>Hon. André Birotte Jr. |

  This Court, having vacated the previously entered judgment in favor of Petitioner as set forth in the Court's order dated September 6, 2022, hereby enters a new judgment in favor of Respondent as follows:

  IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. Judgment is entered in favor of Respondent Starline Tours of Hollywood, Inc. against Petitioner EHM Productions, Inc., dba TMZ;

2. Pursuant to 9 U.S.C. § 10(b) and in accordance with the parties' contractual arbitration agreement, the Court remands the matter to JAMS for a re-hearing of the dispute before a newly selected arbitrator; and

3. This Court retains jurisdiction for further proceedings as necessary to seek enforcement of this Judgment and for either party to pursue relief as may be required.

**IT IS SO ORDERED.**

Date: September 29, 2022

_____
Honorable André Birotte Jr.
United States District Court Judge